

# Exterior Proposal

Job #: JOB-1300-5254
Date 09/16/2021

**PLAINTIFF'S EXHIBIT A**

## PREPARED FOR

**Frank Ginac**

- 7904 Aspen Highlands Dr
  Austin , TX 78746
- 512-788-3882
- frank.ginac@gmail.com

## PREPARED BY



- (512) 923-3889
- matthewdykes@certapro.com

**CertaPro Painters of Austin**
(512) 323-9502
http://Austin.certapro.com
12444 Research Blvd.
Austin, TX 78759

**Matthew Dykes**
Residential Sales Associate

## PRICE SUMMARY

| | |
|---|---:|
| Base Price: | $1,358.00 |
| Cost addition for Aquacoat and inside of tower in master bath and cabinet above toilet | $1,075.00 |
| Insurance Covered Interior items - all surfaces listed included in this price | $13,375.00 |
| Insurance Covered interior trim and doors | $0.00 |
| Insurance Covered Walls and Ceilings | $0.00 |
| Kitchen Cabinets | $4,990.00 |
| New Office and Master bath cabinets. (Inside and out for office only). | $3,250.00 |
| Non insurance Option to upgrade non-stucco to Regal | $788.00 |
| Remaining Left, Front, and Rear Elevations (same materials as the right) | $11,308.00 |
| Right Elevation Exterior Stucco | $0.00 |
| Right elevation Non-Stucco | $0.00 |
| Trim 1 coat staying same color | -$1,500.00 |
| **Subtotal:** | **$34,644.00** |
| **Total:** | **$34,644.00** |
| **Balance** | **$34,644.00** |

## PROJECT SUMMARY

**Included in the price above:** Cost addition for Aquacoat and inside of tower in master bath and cabinet above toilet, Insurance Covered Interior items - all surfaces listed included in this price, Insurance Covered interior trim and doors, Insurance Covered Walls and Ceilings , Kitchen Cabinets, New Office and Master bath cabinets. (Inside and out for office only)., Non insurance Option to upgrade non-stucco to Regal, Remaining Left, Front, and Rear Elevations (same materials as the right), Right Elevation Exterior Stucco, Right elevation Non-Stucco

## PROJECT DETAILS

Note: Pricing listed as main bid $1358 is for the right elevation of the home per insurance. The stucco is a hand troweled texture and require 2 heavy coats to be applied with Spray and Backroll. Heavy powerwash of the area included in the pricing. Excludes the garage doors.

Pricing for the left, front, and rear elevations is broken out separately below. Excludes Stained garage doors, stained front doors, Stone Band around the house, and stone railing around the home.

Interior Insurance portion. Walls, Ceiling, baseboards, crown moulding, doorframes, and doors in the following areas: Vaulted entry ending at the edge of the hallway, formal dining room, hallway near kitchen ending at the corner before going up the stairs, hallway to master bedroom and office, family room, office, hall closet, spare bathroom next to master, master bedroom, master bathroom, toilet closet, linen closet in master bathroom, and master closet.

Office: Wall paneling flat surfaces to have Aquacoat applied to reduce the appearance of wood grain. This includes 10 man hours plus 1 gallon of Aquacoat.

ADDING: Stairway upstairs ending at the top excluding ceiling upstairs. Same surfaces listed above for the kitchen and nook area.

All new textured areas to be primed prior to painting. All trim items and doors need to be repainted to allow for color match. Office paneling to be sanded, oil primed, and painted 2 coats of enamel. Doors in the areas included will be a separate color and to be sprayed - customer will have doors off and PLACED Next to doo they go to when we begin. The Wall in the family room with all the built ins to have everything except the mantle and area above the mantle to be painted the same color - wall color duration flat finish.

Option for Kitchen Cabinets exterior only except the 2 glass cabinets to be sanded, oil primed, sanded, and painted 2 coats of enamel is listed below. Glass cabinets to have interior painted as well.

Option to upgrade the non-stucco items on the exterior to Sherwin Williams Emerald for the best color retention, durability, and dirt/mildew rejection is listed below.

Office bookcases and cabinets - inside and out of the new built in listed below - same process as kitchen cabinets. Included in that option is the master bath room 2 vanities (exterior and both sides of doors only), tower linen storage (Inside and Out), medicine cabinet (Exterior both sides of door), and cabinet above the toilet (inside and out) to be painted as well.

Colors: All walls and ceilings: Sherwin Shoji White
Trim and doors: Match existing mid tone color.
Tray insets in the family room, dining room, and master bedroom: BM Gray Owl 2137-60
Wall in family room with fireplace - all surfaces including shelves, BM Gray Owl 2137-60
Kitchen Cabinets: BM Swiss Coffee
Kitchen Island: BM Mt Rainier Gray 2129-60
Office: Walls with Built Ins BM Colorado Gray 2136-50
Office paneled walls up to crown (the other 3 walls: Shoji White Semi-gloss Emerald UTE
Master Bath 2 vanities, tower (including inside), and cabinet above toilet (including inside): BM Silver cloud 2137-60

Exterior: Everything that is Yellow stucco to be painted SW Snowbound.
All trim items That are currently white to be SW Respose gray.
All stone railing/spindles and lower band to be protected and not painted.

|  | Paint | Sheen | Color | Paint / Primer Coats |
|---|---|---|---|---|
| **Cost addition for Aquacoat and inside of tower in master bath and cabinet above toilet** | | | | $1,075.00 |
| | Emerald Urethane Trim Enamel-Urethane | Semi-Gloss | TBD | 2 / 1 |
| Paint Brands: Sherwin-Williams | | | | |
| **Insurance Covered Interior items - all surfaces listed included in this price** | | | | $13,375.00 |

| | | | | |
|---|---|---|---|---|
| **Insurance Covered interior trim and doors** $0.00 | | | | |
| | Emerald Urethane Trim Enamel-Urethane | Semi-Gloss | Match Existing | 1 |
| Paint Brands: Sherwin-Williams | | | | |
| **Insurance Covered Walls and Ceilings** $0.00 | | | | |
| | Duration-Acrylic Latex | Flat | TBD | 2 |
| Paint Brands: Sherwin-Williams | | | | |
| **Kitchen Cabinets** $4,990.00 | | | | |
| | Emerald Urethane Trim Enamel-Urethane | Semi-Gloss | TBD | 2 / 1 |
| Paint Brands: Sherwin-Williams | | | | |
| **New Office and Master bath cabinets. (Inside and out for office only).** $3,250.00 | | | | |
| | Emerald Urethane Trim Enamel-Urethane | Semi-Gloss | TBD | 2 / 1 |
| Paint Brands: Sherwin-Williams | | | | |
| **Non insurance Option to upgrade non-stucco to Regal** $788.00 | | | | |
| | Regal MooreGuard-Acrylic Latex | Satin | TBD | 2 |
| Paint Brands: Benjamin Moore | | | | |
| **Remaining Left, Front, and Rear Elevations (same materials as the right)** $11,308.00 | | | | |
| | Ultraspec Masonry Waterproof Coatings-Elastomeric | Flat | Match Existing | 2 |
| Paint Brands: Benjamin Moore | | | | |
| **Right Elevation Exterior Stucco** | | | | |
| | Ultraspec Masonry Weather proof coatings-Elastomeric | Flat | Snowbound SW | 2 |
| Paint Brands: Benjamin Moore | | | | |
| **Right elevation Non-Stucco** | | | | |
| | Regal MooreGuard-Acrylic Latex | Satin | TBD | 2 |
| Paint Brands: Benjamin Moore | | | | |

## SET-UP

**CUSTOMER TO:**
Clear all small or breakable items off of the porch(s) and deck(s) , Keep car away from house

**CERTAPRO WILL COVER & PROTECT**
Light fixtures , Windows

**CERTAPRO WILL**
Paint Stucco , Paint Soffit , Paint Back Door , Paint Door Frames , Paint Downspouts , Paint Fascia , Paint Gutters , Paint Porch Ceiling(s) , Paint Trim

**EXCLUSIONS**
Any surface not specified in the proposal , Garage Door(s) , Railings ,Stone band around home

## PREPARATION

- Caulk previously caulked gaps and cracks
- Prime where necessary
- Scrape loose and peeling paint
- Spot prime where bare wood

## CLEAN-UP

Daily: Ladders are taken down and stored in a designated area along with all other tools and supplies. All debris will be swept and removed from the property or deposited in the appropriate trash receptacle according to the customer's preference.
Upon Completion: All tools, supplies & equipment will be removed from the property.

## NOTES

OUR CERTAINTY SERVICES SYSTEM -- To ensure that the project meets your expectations, we will:
- Communicate with you daily to inform you of what has been completed, what will be done tomorrow and any possible issues.
- Have you do a final inspection with us to make sure that you are completely satisfied with the completed project.

## ADDITIONAL NOTES

PICKING YOUR COLORS: We will need the color name and/or color number, and sheen that you would like us to use. Color choices should be given to CertaPro Painters no later than 1 days before your project start date to avoid delays.
COLOR CONSULTATION: Ask your sales associate for details regarding a free color consultation!

3rd COAT OF PAINT: There are certain paint colors (especially bold deep colors) that may require more than two (2) coats of paint to achieve proper hiding. Often times at the time of the estimate we do not know what customer's final color choice will be; should the customer select one of these hard to cover colors CertaPro Painters reserves the right to amend the proposal for the additional labor and materials.
ROTTING WOOD: If rotted wood is identified during the painting project, you will be notified. It is not always possible to identify rotting wood during the estimating process.
CLAY ROOF TILES: Roof tiles can become very brittle over time and CertaPro cannot be held responsible for broken tiles if our crew needs to walk on them or work above them on certain projects.
PAYMENT METHODS: We accept cash, checks, credit cards, and bank transfers. The price quoted includes a 2.25% discount for cash or check payment. Credit card payment can be made on our website (austin.certapro.com) or by calling our office (512-323-9502).

PAYMENT TERMS: Full payment for services and materials rendered pursuant to this proposal is DUE IMMEDIATELY UPON COMPLETION OF THE JOB.
Late Payment Penalty: A 3% fee will be incurred for any late payment beyond 1 week of the completion date. A 5% fee will be added for each subsequent week thereafter.

## SIGNATURES

Authorized Franchise Representative Signature                                                        Date

## PAYMENT

**EZpay Option:** 6 Months

Loans provided by EnerBank USA, Member FDIC, (1245 Brickyard Rd., Suite 600, Salt Lake City, UT 84106) on approved credit, for a limited time. Repayment terms vary from 18 to 126 months. Interest waived if repaid in 180 days. 17.99% fixed APR, effective as of 04/01/2020, subject to change. Interest starts accruing when the loan closes. EnerBank USA is a fair housing lender and makes loans without regard to race, color, religion, national origin, sex, handicap, or familial status.

**Payment is due:** In full upon job completion

## DECLARATION OF CONTRACT

(I/We) Have read the terms stated herein, they have been explained to (me/us) and (I/we) find them to be satisfactory, and hereby accept them.

_____                                10 / 07 / 2021
Customer Signature                                                Date

## DEFINITIONS AND CONDITIONS OF THIS CONTRACT

RELATIONSHIP — The individual giving you this proposal is an independent contractor licensed by CertaPro Painters® to use its systems and trademarks to operate a painting franchise. The work will be completed by the independent franchised contractor. Please make any check payable to the franchise shown on the front of this proposal.

COLORS — Colors may be chosen by the client prior to commencement of work. If, after the job starts, a color change is required, the independent Contractor will have to charge for time and material expenses incurred on the original color.

UNFORESEEN CONDITIONS — Should conditions arise which could not be determined by visual inspection prior to starting work, the client must pay an agreed upon extra for the completion of such work.

PROPOSAL — This proposal is valid for 60 days after it was written. In addition, the Independent Franchised Contractor should be informed of your desire to have the work done and receive a signed copy of the proposal before work is to be started.

## ATTENTION CLIENT:

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE BELOW NOTICE OF CANCELLATION FOR AN EXPLANATION OF THIS RIGHT. (SATURDAY IS A LEGAL BUSINESS DAY IN CONNECTICUT.) THIS SALE IS SUBJECT TO THE PROVISIONS OF THE HOME SOLICITATION SALES ACT AND THE HOME IMPROVEMENT ACT. THIS INSTRUMENT IS NOT NEGOTIABLE.

## NOTICE OF CANCELLATION

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE. IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE SELLER OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED. IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE SELLER AT YOUR RESIDENCE IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY, IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF THE SELLER REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE SELLER'S EXPENSE AND RISK. IF YOU DO MAKE THE GOODS AVAILABLE TO THE SELLER AND THE SELLER DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION. IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO THE SELLER, OR IF YOU AGREED TO RETURN THE GOODS AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT. TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR SEND A TELEGRAM TO:

Name of Seller **CertaPro Painters of Austin**

DATE OF TRANSACTION _____
NOT LATER THAN MIDNIGHT OF _____

I HEREBY CANCEL THIS TRANSACTION

_____                                _____
(Buyer's Signature)                                               (Date)

## LIMITED TWO YEAR WARRANTY

Subject to the limitation set forth below, for a period of 24 months from the date of completion of the work described on the front of this contract, the Independent Franchise Owner named on the front of this contract (the "Contractor") will repair peeling, blistering or chipping paint resulting from defective workmanship.

THIS LIMITED WARRANTY DOES NOT COVER:

- Any work where the Contractor did not supply the paint or other materials.
- Any work which was not performed by the Contractor.
- Varnished surfaces.
- Surfaces made of, or containing, galvanized metal.
- The cost of paint required to perform the repairs.
- Repairs to horizontal surfaces or any surface that, by virtue of its design permits moisture to collect. Surfaces include, but are not limited to, decks, railings, stairs, porches, roofs and wood gutters.
- Exact paint match as environmental conditions will affect the color and finish of all paints over time.
- Any repairs which are necessitated as a result of a defect in the paint regardless of whether the paint was supplied by the Contractor or the customer.
- Bleeding caused by knots, rust or cedar.
- Cracks in drywall, plaster or wood.
- Peeling, blistering or chipping where they are caused by:
  - mill-glazing from smooth cedar
  - ordinary wear and tear.
  - abnormal use or misuse.
  - peeling of layers of paint existing prior to the work performed by the Contractor.
  - structural defects.
  - settling or movement.
  - moisture content of the substrate.
  - abrasion, mechanical damage, abrasive cleaning, abuse or damage resulting from use of chemicals or cleaning agents or exposure to harmful solids, liquids or gases.
  - damage or defects caused in whole or in part by reason of fire, explosion, flood, acts of God, extreme weather conditions, misuse, alteration, abuse, vandalism, negligence, or any other similar causes beyond the control of the Contractor.

Repairs under this limited warranty will be performed only on the specific areas where peeling, blistering or chipping has occurred and only to the level of surface preparation described in the preparation section of the Contract.

FOR THIS WARRANTY TO BE VALID, YOU MUST:

- Pay the full contract price.
- Retain a copy of the original contract.
- Retain a copy of your cancelled check or other evidence of payment in full.
- Pay for all materials used to perform the repairs.
- Make the property accessible to the Contractor, or his employees, to perform the repairs.

THIS LIMITED WARRANTY IS THE ONLY EXPRESS WARRANTY MADE BY THE CONTRACTOR AND IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED. THIS WARRANTY COVERS ONLY THOSE SERVICES PROVIDED BY THE CONTRACTOR TO THE ORIGINAL PURCHASER NAMED ON THE FRONT OF THIS CONTRACT. IN NO EVENT SHALL THE CONTRACTOR BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES IN EXCESS OF THE ORIGINAL CONTRACT PRICE. THIS WARRANTY MAY NOT BE ALTERED OR EXTENDED FOR ANY PURPOSE UNLESS DONE SO IN WRITING IN A DOCUMENT EXECUTED BY ALL PARTIES TO THIS CONTRACT.

This warranty gives you specific legal rights. Some jurisdictions do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you. Some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

For warranty service, you should contact your Contractor to schedule an inspection of your property by calling CertaPro Painters® at 800.462.3782.



Audit Trail

| | |
|---|---|
| **TITLE** | CertaPro Painters Signature Required |
| **FILE NAME** | Ginac, Frank.pdf |
| **DOCUMENT ID** | 4f2366164e15016e8d35c3e739009e2a8350c429 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**  
09 / 17 / 2021  
13:40:29 UTC  
Sent for signature to Ginac, Frank (frank.ginac@gmail.com) from gnunez@certapro.com  
IP: 24.227.136.238

**VIEWED**  
10 / 07 / 2021  
17:08:11 UTC  
Viewed by Ginac, Frank (frank.ginac@gmail.com)  
IP: 66.90.173.1

**SIGNED**  
10 / 07 / 2021  
17:09:28 UTC  
Signed by Ginac, Frank (frank.ginac@gmail.com)  
IP: 66.90.173.1

**COMPLETED**  
10 / 07 / 2021  
17:09:28 UTC  
The document has been completed.

Powered by HELLOSIGN

**PLAINTIFF'S EXHIBIT B**

5 pgs   2022071061

Recording Requested By and When Recorded Mail To:

*Space above this line for recorder's use only*
*(To be recorded in the county recorder's office in the county in which the property is located.)*

## MECHANICS LIEN

**NOTICE IS HEREBY GIVEN** that Claimant John Bunnell Painting, LLC 12414 Research Blvd. (legal name and address), claims a lien for labor, service, equipment, or material under the laws of the State of **TEXAS**, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The work was furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of **TRAVIS**, State of **Texas**, said land described as follows:

**STREET ADDRESS:** 7904 Aspen Highland Dr. Austin, TX 78746

**and/or LEGAL DESCRIPTION:** Unit 23 Rob Roy Rim Condominiums Amended Plus 4.17% Int In Common area.

The lien is claimed for the following labor, service, equipment or material furnished by the Claimant: (describe generally). Claimant is owed $ 8523.50 for work furnished to the work of improvement, after deducting all just credits and offsets, plus interest at the legal rate from the date of this lien. The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the work is: **Frank and Linda Ginac**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

**Frank and Linda Ginac**

Date: 4/6/2022

Name of Claimant: John Bunnell Painting, LLC BBA Certapro Painters

By: _____ Signature

Jordan Boes
Print Name & Authorized Capacity

### Verification

I, the undersigned, declare: I am the **Prod. Assoc.** (authorized capacity/title), for the Claimant named in the foregoing claim of mechanics lien: I am authorized to make this verification for the Claimant: I have read the foregoing claim of mechanics lien and know the contents thereof, and the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of **Texas** that the foregoing is true and correct.

Executed on April 6, 2022 at 12:45 PM Austin, TX. _____ Signature of Claimant or Authorized Agent

C&B Forms - revised March 2012    Page One

FreeDownloads.net

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas
County of __Travis__

Before me, __Sima Astaneh__
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*
on this day personally appeared

__Jordan Boes__
*Name of Signer*

☐ known to me
☐ proved to me on the oath of
_____
*Name of Credible Witness*

☒ proved to me through __Texas Driver License__
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __6__ day of __4__, __2022__
Day / Month / Year

SIMA ASTANEH
Notary ID #126621011
My Commission Expires
September 29, 2024

*Place Notary Seal and/or Stamp Above*

__Sima Astaneh__
*Signature of Notarizing Officer*

──────── OPTIONAL ────────
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Mechanics Lien__
Document Date: __4/6/22__    Number of Pages: __1__
Signer(s) Other Than Named Above: __—__

©2020 National Notary Association

M1304-16 (11/20)

## PROOF OF SERVICE AFFIDAVIT

Failure to serve the Mechanics Lien and Notice of Mechanics Lien on the owner, or alternatively if the owner cannot be served on the lender or original contractor, shall cause the Mechanics Lien to be unenforceable as a matter of law (Civil Code Section 8416(e)). Service of the Mechanics Lien and Notice of Mechanics Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing; postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanics Lien and Notice of Mechanics Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanics Lien and Notice of Mechanics Lien.

### AFFIDAVIT FOR SERVICE ON THE OWNER

I, __Jordan Boes__ (name), declare that I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:
Company /Person served: __Frank and Linda Gynac__
Title or capacity of person or entity served: __Homeowner__
Service Address: __7904 Aspen Highland Dr. Austin, TX 78746__
Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work or the address identified on the construct trust deed.
Executed on __April 6__, 2022 (date), at __Austin__ (city) __TX__ (state).

By: __Jordan Boes__
(signature of person serving)

### ALTERNATE AFFIDAVIT FOR SERVICE ON THE CONSTRUCTION LENDER OR ORIGINAL CONTRACTOR

I, _____ (name), declare that that the owner or reputed owner cannot be served with a copy of this Mechanics Lien and Notice of mechanics Lien by registered mail, certified mail, or first-class mail. Pursuant to State law, I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or original contractor as follows:
Company /Person served: _____.
Title or capacity of person served (if appropriate): _____.
Service Address: _____.
Executed on _____, 20___ (date), at _____ (city), _____.

By: _____
(signature of person serving)

FreeDownloads.net

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas
County of __Travis__

Before me,
__Sima Astaneh__
Name and Character of Notarizing Officer,
e.g., "John Smith, Notary Public"
on this day personally appeared
__Jordan Boes__
Name of Signer

☐ known to me
☐ proved to me on the oath of
_____
Name of Credible Witness

☒ proved to me through __Texas Driver License__
Description of Identity Card or Document

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this
__6__ day of __4__, __2022__
Day       Month       Year

SIMA ASTANEH
Notary ID #126621011
My Commission Expires
September 29, 2024

Place Notary Seal and/or Stamp Above

_Sima Astaneh_
Signature of Notarizing Officer

---- OPTIONAL ----
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit of service on the owner__
Document Date: __4/6/2022__      Number of Pages: __1__
Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M1304-16 (11/20)

**CertaPro Painters**

CertaPro Painters of Austin
12444 Research Blvd.
Austin, TX 78759
(512) 323-9502
austinoa@certapro.com
http://austin.certapro.com

# INVOICE

**BILL TO**
Frank Ginac 18419
7904 Aspen Highlands Dr
Austin, TX 78746

**INVOICE #** 13769
**DATE** 12/01/2021
**TERMS** Due on receipt

**P.O. NUMBER**
18419

**SALES REP**
MGD

| ACTIVITY | AMOUNT |
|---|---|
| 24 Paint — Painting | 35,594.00 |
| 24 Paint — garage doors | 500.00 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 36,094.00 |
| TAX | 0.00 |
| TOTAL | 36,094.00 |
| PAYMENT | 27,570.50 |
| BALANCE DUE | **$8,523.50** |

**RETURN**

JOHN BUNNELL PAINTING LLC
1244 RESEARCH BLVD
AUSTIN, TX 78759

Recorder's Memorandum-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

Rebecca Guerrero, County Clerk
Travis County, Texas

**2022071061**
Apr 19, 2022 10:55 AM
Fee: $42.00           ANDERSOND

Please add up to 2.25% for any non-cash or check payments. Price quoted includes up to a 2.25% discount.





**PLAINTIFF'S EXHIBIT D**

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## Debt Collector Search

Section 392.101 of the Texas Finance Code prohibits a third-party debt collector or credit bureau from engaging in debt collection in Texas unless the third-party debt collector or credit bureau has obtained a surety bond and filed a copy of the bond with the Office of the Secretary of State.

On this site, you can search for individuals and entities that have filed debt collector bonds with the Office of the Secretary of State. The search results will indicate, **based on the information filed with the Office of the Secretary of State**, whether the bond is active, pending cancellation, or has been cancelled. All fields displayed are searchable.

**Debt Collector File Number**

**Status**

**Principal Name**

Edward Wolff

**Address**

**City**

**State**

**Zip Code**

**Bonding Company Name**

[Search]   [Start Over]

**Found:** 3  **Displayed:** 3

| Principal Name: **Edward Wolff & Associates** | # 1 |
|---|---|

| | |
|---|---|
| Address: | **500 N Central Expry. Ste. #375** <br> **Plano, TX 75074** |
| File Number: | **20150096** |
| Status: | **Canceled Close File** |
| Date Filed: | **5/4/2015** |
| Cancellation Date: | |
| Phone: | |
| Bonding Company: | **SureTec Insurance Company** |
| Bond No: | **3374248** |

| Principal Name: **Edward Wolff & Associates** | # 2 |
|---|---|

| | |
|---|---|
| Address: | **500 N Central Expry., Ste. 375** <br> **Plano, TX 75074** |

| | |
|---|---|
| File Number: | 20150210 |
| Status: | **Canceled Close File** |
| Date Filed: | **10/6/2015** |
| Cancellation Date: | **5/16/2017** |
| Phone: | |
| Bonding Company: | **SureTec Insurance Company** |
| Bond No: | 3374248 |

| | | |
|---|---|---|
| Principal Name: **Edward Wolff & Associates** | | # 3 |
| Address: | 500 N Central Expressway Suite 375<br>Plano, TX 75074 | |
| File Number: | 20120125 | |
| Status: | **Canceled Close File** | |
| Date Filed: | **5/21/2012** | |
| Cancellation Date: | **6/6/2015** | |
| Phone: | | |
| Bonding Company: | **Washington International Insurance Company** | |
| Bond No: | S9150830 | |

Instructions:
- There is no fee for this service.
- Wildcard searches are permitted for debt collector principal name. Example: Principal Name: **ABC%**
- Addresses provided were current on the date the Debt Collector was registered. The address provided may no longer be valid if the status is closed.