| | |
|---|---|
| FRANK GINAC,<br><br>  *Plaintiff*,<br><br>v.<br><br>EDWARD WOLFF & ASSOCIATES LLC,<br>CERTA PROPAINTERS LTD D/B/A CERTAPRO<br>PAINTERS D/B/A CERTAPRO PAINTERS OF<br>AUSTIN and JOHN BUNNELL PAINTING LLC,<br><br>  *Defendant*. | Civil Action No: 1:22-CV-704 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Frank Ginac ("Plaintiff"), and Defendants Edward Wolff & Associates, LLC, Certa Propainters LTD d/b/a Certapro Painters d/b/a Certapro Painters of Austin, and John Bunnell Painting LLC, ("Defendants"), pursuant to Rule 41 of the of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.

1. There are no longer any issues in this matter between Plaintiff and Defendants to be determined by this Court.

2. Plaintiff and Defendants hereby stipulate that all claims and causes of action that were or could have been asserted against Defendants are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

3. This case is not a class action, and a receiver has not been appointed.

4. Pursuant to the terms of Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party to bear its own costs and attorney's fees, as to Defendants upon filing of this joint stipulation.

Date: December 5, 2023

Respectfully submitted,

**JAFFER & ASSOCIATES, PLLC**

*/s/ Shawn Jaffer*
**Shawn Jaffer**
Texas Bar No. 24107817
Email: wdtx@jaffer.law
5757 Alpha Road, Suite 580
Dallas, Texas 75240
T: (214) 945-0000
F: (888) 509-3910
*ATTORNEYS FOR PLAINTIFF*


**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/ Jeff D. Otto (with permission)*
Jeff D. Otto
Texas Bar No. 15345500
2801 Via Fortuna, Suite 300,
Austin, TX 78746
T: (512) 703-5048
Email: jotto@thompsoncoe.com
*ATTORNEYS FOR DEFENDANTS CERTA PROPAINTERS AND JOHN BUNELL PAINTING*

**MIGNUCCI & GONZALEZ PLLC**

*/s/ Braulio E. Gonzalez (with permission)*
Braulio E. Gonzalez
14180 N. Dallas Parkway, Suite 714
Dallas, TX 75254
Telephone: (214) 556-8899
Fax: (214) 256-3901
Email: bg@mgtxlaw.com
*ATTORNEYS FOR DEFENDANT EDWARD WOLFF & ASSOCIATES, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.

*/s/ Shawn Jaffer*
Counsel for Plaintiff